## AFRO-GUILD, INC. v. MOORING

No. 285P90

Case below: 98 N.C.App. 698

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 October 1990.

## BEATTY v. CHARLOTTE-MECKLENBURG BD. OF EDUCATION

No. 444P90

Case below: 99 N.C.App. 753

Petition by plaintiff for temporary stay allowed 10 September 1990. Petition by plaintiff for writ of supersedeas allowed 3 October 1990. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 3 October 1990.

## BISHOP v. N.C. DEPT. OF HUMAN RESOURCES

No. 465PA90

Case below: 100 N.C.App. 175

Petition by defendant for writ of supersedeas allowed 18 September 1990. Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 18 September 1990.

## CARSON v. MOODY

No. 430PA90

Case below: 99 N.C.App. 724

Petition by defendant (Jimmy Berry) for writ of certiorari to the North Carolina Court of Appeals allowed 3 October 1990. Petition by defendant (Moody) for writ of supersedeas allowed 3 October 1990. Petition by defendant (Moody) for discretionary review pursuant to G.S. 7A-31 allowed 3 October 1990.

## DAVIS v. TOWN OF CAROLINA BEACH

No. 320P90

Case below: 99 N.C.App. 221

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 October 1990.